1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744                    **OK/HAV**

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Case. No. CR-S-04-305 DFL
                                )
12                Plaintiff,    )
                                )   STIPULATION AND [proposed]
13                              )   ORDER
       v.                       )
14                              )
   JAIME RUIZ-ESTRELLA, et al., )   Date: February 16, 2006
15                              )   Time: 10:00 a.m.
                  Defendants.   )   Ctrm: Hon. David F. Levi
16                              )
                                )
17 _____)

18

19      It is hereby requested and stipulated by and between the United

20 States of America through Philip Ferrari, Assistant United States

21 Attorney, and the defendants in this case, by and through their

22 counsel, that the status conference originally scheduled for

23 September 22, 2005, be vacated, and that the following dates be set

24 for trial confirmation hearing and jury trial:

25 Trial Confirmation Hearing: February 16, 2006 at 10:00 a.m.

26 Jury Trial: February 27, 2006 at 8:30 a.m.

27      All parties are in agreement with these dates and all parties

28 are in agreement that the Court's previous finding that this case

1

1 is complex continues to be appropriate and that time should continue
2 to be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) (Local Code
3 T2) through February 27, 2006.  To date, the United States has
4 produced over 4,000 documents as well as multiple cassette tapes and
5 compact disks.  This case involves multiple defendants and a
6 wiretap.

8  DATED: September 21, 2005          /s/ Philip Ferrari for
                                      VICTOR /S/ HALTOM, ESQ.
9                                     Attorney for Defendant
                                      JAIME RUIZ-ESTRELLA

11 DATED: September 21, 2005          /s/ Philip Ferrari for
                                      J. TONEY, ESQ.
12                                    Attorney for Defendant
                                      GEORGE GALVAN

14 DATED: September 21, 2005          /s/ Philip Ferrari for
                                      ROSEANN TORRES, ESQ.
15                                    Attorney for Defendant
                                      AMADO ESTEVEZ, JR.

18 DATED: September 21, 2005          /s/ Philip Ferrari for
                                      SHARI RUSK, ESQ.
                                      Attorney for Defendant
19                                    MARTIN ISAIS

21 DATED: September 21, 2005          /s/ Philip Ferrari for
                                      CLARENCE EMMETT MAHLE, ESQ.
                                      Attorney for Defendant
22                                    HERNAN ISAIS

24 DATED: September 21, 2005          /s/ Philip Ferrari for
                                      MICHAEL BIGELOW, ESQ.
                                      Attorney for Defendant
25                                    ROBERT FLORES

27 DATED: September 21, 2005          /s/ Philip Ferrari for
                                      DWIGHT SAMUEL, ESQ.
                                      Attorney for Defendant
28                                    J. ADRIANA BARAJAS

```
DATED: September 21, 2005           McGREGOR W. SCOTT
                                    United States Attorney

                                By:   /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
                                    Assistant U.S. Attorney
```

Therefore, **IT IS HEREBY ORDERED** that:

1. The Status Conference currently set for September 22, 2005, is hereby vacated.

2. A trial confirmation hearing is hereby set for February 16, 2006, at 10:00 a.m. Jury trial is hereby set to commence on February 27, 2006, at 8:30 a.m.

3. Based upon the above representations and stipulation of the parties, the court finds that this case is complex within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from September 22, 2005 up to and through February 27, 2006 pursuant to local code T2.

**IT IS SO ORDERED.**

Dated: 9/26/2005

```
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge
```

3