HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AMADO ESTEVEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMADO ESTEVEZ, JR.,<br><br>Defendant. | Case No. 2:04-cr-00305-JAM-CKD-3<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Jason Hitt, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amado Estevez, Jr., that the briefing schedule set by this Court via minute order on December 30, 2020, be modified as follows: defendant's reply to the government's opposition shall be filed on or by March 5, 2021.

On December 11, 2020, Mr. Estevez filed a *pro se* motion to reduce his sentence in this matter pursuant to 18 U.S.C. § 3582(c)(1) and (c)(2). *See* Dkt. #258. On December 15, 2020, this Court, via minute order, set a briefing schedule on Mr. Estevez's pro se motion. *See* Dkt. #259. On December 28, 2020, Mr. Estevez filed an additional *pro se* motion, largely reiterating the arguments made in his December 11, 2020 filing, also pursuant to 18 U.S.C. § 3582(c)(1) and (c)(2). *See* Dkt. #260. Subsequently, on December 29, 2020, the government moved for an extension of time to file its opposition to January 19, 2021. *See* Dkt. #262. On December 30,

1    2020, undersigned counsel was appointed and entered an appearance. *See* Dkt. #263. That same
2    day, the Court granted the government's request to extend the deadline for its opposition to
3    January 19, 2021. *See* Dkt. #264. The minute order further specified that the defendant's reply be
4    filed by January 25, 2021. *See* Dkt. 264. On January 19, 2021, the government filed its
5    opposition in this matter. *See* Dkt. #265.

6        As set forth above, defense counsel appeared in this matter on December 30, 2020,
7    shortly after Mr. Estevez filed his initial and subsequently *pro se* motions. *See* Dkt. #262. Mr.
8    Estevez is currently detained in federal pretrial custody at Metropolitan Correctional Center
9    (MCC) Chicago. While defense counsel is able to set up phone calls with Mr. Estevez, such calls
10   must be set up at least a week in advance and it is often difficult to schedule since the facility is
11   unable to accommodate calls at specific times. Defense counsel requires additional time to
12   discuss Mr. Estevez's motion with Mr. Estevez and to further become familiar with the
13   complicated procedural history in this case, prior to filing a reply in this matter. Additionally,
14   defense counsel is undertaking efforts to obtain documents relevant to Mr. Estevez's motion and
15   needs additional time to obtain such documents.
16   //

Defense counsel has conveyed the above to government counsel who indicated that the government does not oppose a request to modify the briefing schedule to extend the time for the defense to file a reply in this matter to March 5, 2021. The continuance is made with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 21, 2021     */s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 21, 2021     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
AMADO ESTEVEZ, JR.

## **O R D E R**

**IT IS SO ORDERED.** The Court hereby grants the request to modify the briefing schedule in the above-captioned matter as set forth in the above Stipulation. Accordingly, the defendant's reply brief shall be filed on or by March 5, 2021.

DATED: January 21, 2021     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE